IN THE UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF PENNSYLVANIA, PHILADELPHIA DIVISION

| | | | |
|---|---|---|---|
| IN RE: SUSAN L CIPOLLONI | : | Chapter: | 13 |
| AUGUSTINE J CIPOLLONI | : | | |
| | : | | |
| | : | | |
| | : | CASE NO: | 12-19286 |
| | : | | |

## NOTICE OF ADDRESS CHANGE

eCast Settlement Corporation hereby changes its address for its claim number 9, filed in this case. This claim will no longer be serviced by Bass and Associates.

Previous Address:

3936 E FT. LOWELL, SUITE 200

TUCSON, AZ  85712

New Address for Notices and Payments:

eCast Settlement Corporation

PO Box 28136

New York, NY 10087-8136

610-228-2570

proofofclaim@becket-lee.com

Respectfully Submitted,

By: /s/ Gregory P Deegan

Gregory P Deegan, Claims Administrator

Becket & Lee LLP

PO Box 3001

Malvern, PA 19355-0701

DATE:      7/15/2016