United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 12-19286-amc
Augustine J. Cipolloni                                                Chapter 13
Susan L Cipolloni
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 1            Date Rcvd: Sep 07, 2016
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 09, 2016.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
12879857        E-mail/PDF: gecsedi@recoverycorp.com Sep 08 2016 01:30:29      GE Capital Retail Bank,
   c/o Recovery Management Systems Corp.,    25 S.E. 2nd Avenue, Suite 1120,
   Miami, FL 33131-1605
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2016                                   Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 6, 2016 at the address(es) listed below:
          ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          DAVID H. LIPOW    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
           dlipow@milsteadlaw.com
          DAVID M. OFFEN    on behalf of Joint Debtor Susan L Cipolloni dmo160west@gmail.com,
           davidoffenecf@gmail.com
          DAVID M. OFFEN    on behalf of Debtor Augustine J. Cipolloni dmo160west@gmail.com,
           davidoffenecf@gmail.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER    ecfemails@ph13trustee.com,  philaecf@gmail.com
          WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
           philaecf@gmail.com
                                                                                              TOTAL: 7

**2100 B (12/15**)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 12-19286-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Augustine J. Cipolloni<br>1400 Parklane Road<br>Swarthmore PA 19081 | Susan L Cipolloni<br>1400 Parklane Road<br>Swarthmore PA 19081 |

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 09/06/2016.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
|---|---|
| Claim No. 2: GE Capital Retail Bank, c/o Recovery Management Systems Corp., 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

### -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:  09/09/16

Tim McGrath
**CLERK OF THE COURT**