Certificate Number: 05781-PAE-DE-029807729

Bankruptcy Case Number: 12-19286



05781-PAE-DE-029807729

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on August 30, 2017, at 11:06 o'clock AM PDT, Susan Cipolloni completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   August 30, 2017                    By:      /s/Allison M Geving

                                            Name:   Allison M Geving

                                            Title:  President