IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE                  :        CHAPTER 13
                       :
Augustine Cipollini    :        No.   12-19286-amc
Susan Cipollini
Debtors

O R D E R

AND NOW, this  27th day of September          , 2017, it is
hereby Ordered that the Wage Order in effect in the above
captioned matter be TERMINATED.

_____
HONORABLE ASHELY M CHAN
UNITED STATES BANKRUPTCY JUDGE

cc:

William C. Miller, Trustee

David M. Offen, Esquire

Augustine Cipollini
Susan Cipollini

Payroll Controller
Chimes District of Columbia, Inc.
4815 Seton Drive
Baltimore, MD 21215