United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 12-19286-amc
Augustine J. Cipolloni                                                  Chapter 13
Susan L Cipolloni
     Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 2          Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW          Total Noticed: 45

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 22, 2017.
```
db/jdb         +Augustine J. Cipolloni,    Susan L Cipolloni,    1400 Parklane Road,    Swarthmore, PA 19081-2817
cr             +Carrington Mortgage Services, LLC,,    c/o PROBER & RAPHAEL, A LAW CORPORATION,
                 20750 Ventura Boulevard, Suite 100,    Woodland Hills, CA 91364-6207
12871002        Amazon,   Cardmember Services,    P.O. Box 15153,    Wilmington, DE 19886-5153
12871005       ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bank Of America,     Po Box 982238,    El Paso, TX 79998)
12871006       +Bank Of America, N.A.,    450 American St,    Simi Valley, CA 93065-6285
12871003       +Bank of America,    P.O. Box 15222,    Wilmington, DE 19886-5222
12930700       +Bank of America, N.A.,    P.O. Box 660933,    Dallas, TX 75266-0933
12956736       +CAPITAL ONE, N.A.,    PO Box 12907,    Norfolk VA 23541-0907
12871014       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court: Citi Cards,     P.O. Box 182564,    Columbus, OH 43218-2564)
12871008       +Cap1/Bstby,    Po Box 5253,    Carol Stream, IL 60197-5253
12954818        Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
13849334       +Carrington Mortgage Services, LLC,    1600 South Douglass Road,    Anaheim, CA 92806-5951
12871009       +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
12871010       +Chase-Bp,    Po Box 15298,    Wilmington, DE 19850-5298
12871011       +Citadel Credit Union,    520 Eagleview Road,    Exton, PA 19341-1119
12871013       +Citi,   Po Box 6241,    Sioux Falls, SD 57117-6241
12871015       +Exxmblciti,    Po Box 6497,    Sioux Falls, SD 57117-6497
12871016        ExxonMobile,    Processing Center,    Des Moines, IA 50361-0001
12884027        FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
12954183        Main Street Acquisition Corp., assignee,     of CHASE BANK USA, N. A.,   c o Becket and Lee LLP,
                 POB 3001,    Malvern, PA 19355-0701
12871021       +Mcydsnb,    9111 Duke Blvd,    Mason, OH 45040-8999
12871022        PECO - Payment Processing,    P.O. Box 37629,    Philadelphia, PA 19101-0629
12871023        RCN,   P.O. Box 11816,    Newark, NJ 07101-8116
12871024       +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
12871025       +Sunoco/Cbn,    Po Box 6497,    Sioux Falls, SD 57117-6497
12871026       +Thd/Cbna,    Po Box 6497,    Sioux Falls, SD 57117-6497
12871027        Toys R Us,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
12871028        UnionPlus,    P.O. Box 88000,    Baltimore, MD 21288-0001
13307800        eCAST Settlement Corporation,    PO BOX 28136,    New York, NY 10087-8136

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Dec 21 2017 01:44:13     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Dec 21 2017 01:43:05
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Dec 21 2017 01:43:58     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:48     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corporat,     25 SE 2nd Avenue, Suite 1120,
                 Miami, FL  33131-1605
cr             +E-mail/Text: bnc@bass-associates.com Dec 21 2017 01:42:26     eCAST Settlement Corporation,
                 c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,    TUCSON, AZ 85712-1083
12924130       +E-mail/Text: bncmail@w-legal.com Dec 21 2017 01:43:43     CHESWOLD (OPHRYS), LLC,
                 C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
12889467       +E-mail/Text: bnc@bass-associates.com Dec 21 2017 01:42:26     Capital One, N.A.,
                 Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, Az 85712-1083
12871012       +E-mail/Text: bankruptcycollections@citadelbanking.com Dec 21 2017 01:44:41
                 Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
12879857        E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:32     GE Capital Retail Bank,
                 c/o Recovery Management Systems Corp.,     25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
12871017        E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:15     Gecrb/Jcp,    Po Box 984100,
                 El Paso, TX 79998
12871018       +E-mail/PDF: gecsedi@recoverycorp.com Dec 21 2017 01:39:32     Gecrb/Tydc,    Po Box 965005,
                 Orlando, FL 32896-5005
12920245        E-mail/Text: JCAP_BNC_Notices@jcap.com Dec 21 2017 01:43:47     Jefferson Capital Systems LLC,
                 PO BOX 7999,    SAINT CLOUD MN 56302-9617
12871020       +E-mail/Text: bnckohlsnotices@becket-lee.com Dec 21 2017 01:42:35     Kohls/Capone,
                 N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
12969787        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 02:13:15
                 Portfolio Recovery Associates, LLC,    PO Box 41067,    Norfolk, VA 23541
13024262       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Dec 21 2017 02:01:06
                 PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
12926218        E-mail/Text: bnc-quantum@quantum3group.com Dec 21 2017 01:42:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,    Kirkland, WA  98083-0788
                                                                                              TOTAL: 16
```

```
District/off: 0313-2          User: Antoinett            Page 2 of 2              Date Rcvd: Dec 20, 2017
                              Form ID: 138NEW            Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd, Suite #200,
                 Tucson, AZ 85712-1083
cr*            +PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*            +PRA Receivables Management, LLC,    POB 41067,    Norfolk, VA 23541-1067
cr*             eCast Settlement Corporation,    PO Box 28136,    New York, NY  10087-8136
12871004*     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:  Bank of America,    P.O. Box 15019,    Wilmington, DE 19886-5019)
12871019*     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Home Depot,    P.O. Box 182676,    Columbus, OH 43218-2676)
12951975*     ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
                (address filed with court:  Jefferson Capital Systems LLC,    PO BOX 7999,
                  SAINT CLOUD MN 56302-9617)
13786668*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                 (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                   Norfolk, VA 23541)
12871007      ##+Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
                                                                                              TOTALS: 0, * 9, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 22, 2017                                            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 20, 2017 at the address(es) listed below:
              ANDREW F GORNALL    on behalf of Creditor    Bank of America, N.A. agornall@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              DAVID H. LIPOW    on behalf of Creditor    Bank of America, N.A. bkecf@milsteadlaw.com,
               dlipow@milsteadlaw.com
              DAVID M. OFFEN    on behalf of Joint Debtor Susan L Cipolloni dmo160west@gmail.com,
               davidoffenecf@gmail.com
              DAVID M. OFFEN    on behalf of Debtor Augustine J. Cipolloni dmo160west@gmail.com,
               davidoffenecf@gmail.com
              THOMAS I. PULEO    on behalf of Creditor    Bank of America, N.A. tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                             TOTAL: 8
```

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re: Augustine J. Cipolloni and Susan L Cipolloni

    Debtor(s)

Bankruptcy No: 12−19286−amc

Chapter: 13

___

## NOTICE

To the debtor, debtor's counsel, trustee, and all creditors and parties in interest, NOTICE IS GIVEN THAT:

1. The Standing Chapter 13 Trustee has filed his final report and account.

2. Any answer, objection, responsive pleading or request for hearing with regard to the discharge of the debtors, including any request to delay the entry of discharge pursuant to 11 U.S.C. §1328(h), must be filed in writing with the Clerk of the U.S. Bankruptcy Court,

> 900 Market Street
> Suite 400
> Philadelphia, PA 19107

within 30 days from the date of this notice.

3. In the absence of any objection, the Court may enter the Order of Discharge.

    For The Court

    Timothy B. McGrath
    Clerk of Court

Dated: 12/20/17